UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILYPAY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>    Defendant. | Case No. 25-cv-2849-JGK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel for Plaintiff DailyPay, LLC.

Dated: April 8, 2025
New York, New York

                                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                                By:  */s/ Loretta E. Lynch*
                                                        Loretta E. Lynch

                                                1285 Avenue of the Americas
                                                New York, NY 10019
                                                Tel: (212) 373-3118
                                                Fax: (212) 492-0118
                                                lelynch@paulweiss.com

                                                *Attorney for Plaintiff DailyPay, LLC*