UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAILYPAY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>    Defendant. | Case No. 25-cv-2849-JGK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel for Plaintiff DailyPay, LLC.

Dated: April 8, 2025
New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  */s/ Yahonnes Cleary*
     Yahonnes Cleary

     1285 Avenue of the Americas
     New York, NY 10019
     Tel: (212) 373-3462
     Fax: (212) 492-0462
     ycleary@paulweiss.com

     *Attorney for Plaintiff DailyPay, LLC*

1