# Arnold & Porter

Marcus A. Asner
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

July 8, 2025

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St., Courtroom 14A
New York, NY 10007

    Re:    *DailyPay, LLC v. James*, No. 25-CV-2849 (S.D.N.Y.)

Dear Judge Koeltl:

    We write respectfully on behalf of all parties, pursuant to Section I.C. of Your Honor's Individual Practices, to request an adjournment of the initial conference scheduled for July 31, 2025 at 3:30 p.m.

    Defendant's time to respond to the Complaint currently is stayed until fourteen days after a decision on the motion to remand in the action captioned *People of the State of New York v. DailyPay, Inc.*, No. 25-CV-3439 (S.D.N.Y.). *See* ECF No. 18. An adjournment of the initial conference until after responsive pleadings have been filed will promote efficiency and conserve judicial resources. This is the parties' first request for an adjournment.

    We thank the Court for its consideration of this letter.

*[Handwritten annotation: The conference scheduled for July 31, 2025 is Canceled. So ordered. 7/9/25 /s/ J.G. Koeltl U.S.D.J.]*

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com

# Arnold & Porter

July 8, 2025
Page 2

Respectfully Submitted,

By: /s/ Marcus A. Asner
Marcus A. Asner
Yiqing Shi
250 W. 55th Street
New York, NY 10019-9710
Tel: 212.836.8000
Fax: 212.836.8689
marcus.asner@arnoldporter.com
yiqing.shi@arnoldporter.com

Meredith Osborn (pro hac vice)
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
Tel: 415.471.3140
meredith.osborn@arnoldporter.com

ARNOLD PORTER KAYE & SCHOLER LLP

Loretta E. Lynch
Yahonnes Cleary
1285 Avenue of the Americas
New York, NY 10019
Tel: 212.373.3000
lelynch@paulweiss.com
ycleary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*Attorneys for Plaintiff DailyPay, LLC*

By: /s/ Christopher L. Filburn
Christopher L. Filburn
Assistant Attorney General
Bureau of Consumer Frauds & Protection
28 Liberty Street, 20th Floor
New York, New York 10005
Tel.: 212.416.8303
Email: christopher.filburn@ag.ny.gov

*Attorney for Defendant Attorney General Letitia James*