UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DAILYPAY, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>ATTORNEY GENERAL LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>       Defendant. | Civil Action No. 1:25-cv-02849-JGK |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DailyPay, LLC ("DailyPay"), by and through its undersigned counsel, hereby voluntarily dismisses all claims in this action without prejudice.

1

Dated: New York, New York
     December 5, 2025

ARNOLD & PORTER KAYE SCHOLER LLP

By:   */s/ Marcus A. Asner*
      Marcus A. Asner
      Yiqing Shi
      250 W. 55th Street
      New York, NY 10019-9710
      Tel: 212.836.8000
      Fax: 212.836.8689
      marcus.asner@arnoldporter.com
      yiqing.shi@arnoldporter.com

      Meredith Osborn
      Three Embarcadero Center 10th Floor
      San Francisco, CA 94111-4024
      Tel: 415.471.3140
      meredith.osborn@arnoldporter.com

      PAUL, WEISS, RIFKIND, WHARTON &
      GARRISON LLP

      Loretta E. Lynch
      Yahonnes Cleary
      1285 Avenue of the Americas
      New York, NY 10019
      Tel: 212.373.3000
      lelynch@paulweiss.com
      ycleary@paulweiss.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of December 2025, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

*/s/ Marcus Asner*

Marcus Asner